# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                             | Case No. 12-31157

KEITH L VASSER
KRISTINE A VASSER
Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 08/06/2012.

2)  The plan was confirmed on 03/04/2013.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5)  The case was dismissed on 11/14/2016.

6)  Number of months from filing to last payment: 48.

7)  Number of months case was pending: 53.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $2,455.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $30,615.72 | |
| Less amount refunded to debtor | $25.78 | |
| **NET RECEIPTS:** | | **$30,589.94** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,227.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,358.74 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,585.74** |

Attorney fees paid and disclosed by debtor:       $273.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL INC | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| ACMC PHYSICIAN SERVICES | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 2,239.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 2,075.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 611.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 611.14 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 103.31 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 22.80 | NA | NA | 0.00 | 0.00 |
| AFFINITY CASH LOANS | Unsecured | 853.53 | 500.00 | 500.00 | 113.50 | 0.00 |
| AFFINITY CREDIT SVC | Unsecured | 853.53 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 2,394.83 | 2,394.83 | 2,394.83 | 543.58 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 900.00 | 815.93 | 815.93 | 185.20 | 0.00 |
| ATHLETIC & THERAPEUTIC INST | Unsecured | 2,205.27 | NA | NA | 0.00 | 0.00 |
| BILL KAY PONTIAC | Unsecured | 1,025.00 | NA | NA | 0.00 | 0.00 |
| CARDWORKS | Unsecured | NA | 1,767.72 | 1,767.72 | 401.25 | 0.00 |
| CASHCALL INC | Unsecured | 1,500.00 | 1,717.04 | 1,717.04 | 389.74 | 0.00 |
| CHARTER ONE BANK | Unsecured | 4,800.00 | NA | NA | 0.00 | 0.00 |
| CHESWOLD | Unsecured | NA | 612.61 | 612.61 | 139.05 | 0.00 |
| CHICAGO RIDGE FIRE DEPT | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL & MEDICAL CNT | Unsecured | 51.96 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 50.00 | 1,061.40 | 1,061.40 | 240.92 | 0.00 |
| CITY OF OAK LAWN CAMERA VIOLA | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 720.27 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 296.47 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 399.00 | 1,901.79 | 1,901.79 | 431.67 | 0.00 |
| DEPAUL UNIVERSITY | Unsecured | 2,930.00 | 5,596.00 | 5,596.00 | 0.00 | 0.00 |
| EXPRESS SCRIPTS | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FOOT & ANKLE ASSOCIATES LTD | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| GARY A TAPAK DDS | Unsecured | 1,277.75 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GENTLE BREEZE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Secured | 24,142.00 | 18,296.08 | 18,296.08 | 18,296.08 | 1,982.19 |
| HINSDALE FAMILY DENTAL | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| HOGGS DDS ASSOC | Unsecured | 728.00 | NA | NA | 0.00 | 0.00 |
| HYDRA FUNDS II | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 700.00 | 793.00 | 793.00 | 793.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 79.30 | 79.30 | 7.93 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 522.00 | 523.68 | 523.68 | 118.87 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 700.00 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 6,487.00 | 15,278.85 | 15,278.85 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 767.26 | 767.26 | 174.16 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 359.36 | 359.36 | 81.57 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 300.00 | 415.00 | 415.00 | 94.20 | 0.00 |
| JOSEPH A SERPICO & ASSOC | Unsecured | 4,078.76 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | NA | 3,176.99 | 850.00 | 850.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | NA | NA | 2,326.99 | 528.19 | 0.00 |
| MIDWEST CENTER FOR ADV IMAGIN | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| MIKE KRESE | Unsecured | 4,078.76 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 2,269.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | 200.00 | 200.00 | 39.13 | 0.00 |
| NICOR GAS | Unsecured | 780.74 | 777.72 | 777.72 | 176.53 | 0.00 |
| OAK LAWN COMMUNITY HIGH SCH( | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPEDIC GROUP | Unsecured | 84.60 | NA | NA | 0.00 | 0.00 |
| PEDIATRICS PARTNERS | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 692.74 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER CORP | Secured | 1,715.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SHOPNBC | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| SKIN WELLNESS CNTR CHICAGO | Unsecured | 63.00 | 65.00 | 65.00 | 6.50 | 0.00 |
| SKIN WELLNESS CTR OF CHICAGO | Unsecured | 62.79 | NA | NA | 0.00 | 0.00 |
| SPEEDWAY | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,277.15 | NA | NA | 0.00 | 0.00 |
| ST XAVIER UNIVERSITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 905.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 905.00 | NA | NA | 0.00 | 0.00 |
| TNB TARGET | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,295.61 | 1,102.39 | 1,102.39 | 250.23 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | 60,831.95 | 60,831.95 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| VIP LOANS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| WESTERN SKY FUNDING | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| WHITE HILLS CASH | Unsecured | 500.00 | 708.00 | 708.00 | 160.71 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,296.08 | $18,296.08 | $1,982.19 |
| All Other Secured | $850.00 | $850.00 | $0.00 |
| **TOTAL SECURED:** | **$19,146.08** | **$19,146.08** | **$1,982.19** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $793.00 | $793.00 | $0.00 |
| **TOTAL PRIORITY**: | **$793.00** | **$793.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$99,802.82** | **$4,082.93** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,585.74 |
| Disbursements to Creditors | $26,004.20 |
| | |
| **TOTAL DISBURSEMENTS** : | **$30,589.94** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/09/2017                              By: /s/ Tom Vaughn _____
                                                              Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**